# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re Reza Tehrani, | Case No.: 2:25-cv-02389-APG-EJY |
| Petitioner | **Order** |

This habeas corpus action was initiated, *pro se*, by Reza Tehrani, an immigration detainee at the Nevada Southern Detention Center, on December 1, 2025. On that date, Tehrani submitted for filing a petition for writ of habeas corpus (ECF No. 1-1) and a supporting exhibit (ECF No. 1-2), which is a declaration by Tehrani, dated November 25, 2025, with some factual background of his case and some argument in support of his petition. I have examined Tehrani's petition and supporting exhibit, and I determine that this action is not properly initiated and that the petition is defective, such that this action cannot proceed as is. I will grant Tehrani an opportunity to cure the defects.

First, Tehrani has not paid the $5 filing fee and has not filed an application to proceed *in forma pauperis*. He must do one or the other within the time allowed by this order.

Second, Tehrani's petition is incomplete in that it does not name a respondent. *See* ECF No. 1-1 at 2 (page numbering of the form petition). In this habeas action, a proper respondent would be the warden of the institution where Tehrani is detained. I am informed that the warden of Nevada Southern Detention Center is John Mattos. I will grant Tehrani an opportunity to file an amended petition for writ of habeas corpus. The amended petition must include a completed caption at the top of the first page, with a proper respondent named.

Third, Tehrani's petition does not state a ground for relief. *See* ECF No. 1-1 at 7–9. The information necessary for Tehrani to state his ground(s) for relief may be included in the exhibit he filed (ECF No. 1-2), but the ground(s) must be stated in the petition. An amended petition must include a statement of at least one ground for relief.

Additionally, Tehrani has not filed a motion for appointment of counsel (though I note that in the petition there is a request, in passing, for a public defender (ECF No. 1-1 at 2)). If Tehrani wishes to have counsel appointed, he may file, with his amended petition, a motion for appointment of counsel, and I will consider such motion.

**I THEREFORE ORDER** that Petitioner will have until and including **January 23, 2026**, to pay the filing fee for this action or file an application to proceed *in forma pauperis*, and to file an amended petition for writ of habeas corpus. Documents filed by Petitioner must bear the case number of this action in their captions (2:25-cv-02389-APG-EJY). The amended petition must clearly indicate in the caption that it is an "Amended Petition …" and must include the information described above. Tehrani may file a motion for appointment of counsel if he wishes for the Court to consider appointing counsel for him.

**I FURTHER ORDER** that if Petitioner does not comply with this order within the time allowed, this action may be dismissed without prejudice.

DATED:  December 12, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2