UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Reza Tehrani, | Case No.: 2:25-cv-02389-APG-EJY |
| Petitioner, | **Order** |
| v. | |
| John Mattos, *et al.*, | |
| Respondents. | |

Petitioner Reza Tehrani, *pro se*, has filed an amended petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his immigration detention at the Nevada Southern Detention Center. ECF No. 4. He has also filed a motion for appointment of counsel and motion for bail or bond hearing. ECF Nos. 5, 6. And he has now paid the filing fee for this action. ECF No. 7. Having conducted a preliminary review of Tehrani's amended petition, I find that it warrants service upon the respondents. I will order the amended petition served on the respondents and will set a schedule for the respondents' appearance and response.

I determine that appointment of counsel is in the interests of justice. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); 18 U.S.C. § 3006A. So, I will grant Tehrani's motion for appointment of counsel and will appoint the Federal Public Defender for the District of Nevada to represent him.

**I THEREFORE ORDER** that Petitioner's Motion for Appointment of Counsel **(ECF No. 5) is GRANTED**. The Federal Public Defender for the District of Nevada (FPD) is appointed to represent the petitioner. If the FPD is unable to represent the petitioner, because of a conflict of interest or for any other reason, alternate counsel will be appointed. In either case,

counsel will represent the petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.

**I FURTHER ORDER** that the Clerk of Court is directed to electronically serve upon the FPD a copy of this order and a copy of the amended habeas petition (ECF No. 4).

**I FURTHER ORDER** that the FPD will have 7 days from the date of this order to file a notice of appearance or to indicate to the Court its inability to represent the petitioner.

**I FURTHER ORDER** that Petitioner's motion for bail or bond hearing **(ECF No. 6) is DENIED** without prejudice.

**I FURTHER ORDER** that the Clerk of Court is directed to:

1. **DELIVER** a copy of the amended petition (ECF No. 4) and this order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an interested party.

3. **SEND**, through CM/ECF, a copy of the amended petition (ECF No. 4) and this order to the United States Attorney's Office for the District of Nevada at sigal.chattah@usdoj.gov, summer.johnson@usdoj.gov, veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the amended petition (ECF No. 4) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    John Mattos, Warden, Nevada Southern Detention Center,
    2190 E. Mesquite Ave. Pahrump, NV 89060

**I FURTHER ORDER** that the U.S. Marshal **SERVE** a copy of the amended petition (ECF No. 4) and a copy of this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**I FURTHER ORDER** that counsel for the respondents file a notice of appearance within 7 days of the date of this order and file and serve their response to the petition within 14 days of the date of this order, unless additional time is allowed for good cause shown. Petitioner will have 7 days following the filing of the response to file a reply.

**IT IS FURTHER ORDERED** that the respondents must not transfer the petitioner out of this district, with the exception of effectuating the petitioner's lawful deportation. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

DATED: January 7, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE