UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REZA TEHRANI,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JOHN MATTOS, et al.,<br><br>　　　　Respondents. | Case No.: 2:25-cv-02389-APG-EJY<br><br>**Order Denying as Moot Petition for Writ of Habeas Corpus**<br><br>[ECF No. 4] |

　　　On January 5, 2026, Reza Tehrani, a counseled immigration detainee, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 4.  Tehrani seeks to be released from custody and "to receive a bond hearing." *Id*. at 8.  On January 26, 2026, a bond hearing was conducted by an Immigration Judge and Tehrani was ordered released under a $3,500 bond. ECF No. 16-1.  Because Tehrani has received the relief requested in his Petition, there is nothing further for this court to do.

　　　I THEREFORE ORDER that Tehrani's Petition for Writ of Habeas Corpus **(ECF No. 4) is denied as moot.**

　　　I FURTHER ORDER the Clerk of the Court to enter judgment accordingly and close this case.

　　　DATED this 17th day of February, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE