# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

REZA TEHRANI,

   Petitioner,

vs.

JOHN MATTOS, et al.,

   Respondents.

Case No.: 2:25-cv-02389-APG-EJY

**Order**

I ORDER the respondents to file a response to the petitioner's motion for reconsideration (ECF No. 21) by April 29, 2026.  The petitioner may file a reply by May 6, 2026.

DATED this 15th day of April, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE