TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Reza Tehrani,<br><br>Petitioner,<br><br>v.<br><br>John Mattos,<br><br>Respondent. | Case No. 2:25-cv-02389-APG-EJY<br><br>**Joint Stipulation to Extend Federal Respondents' Deadline to File a Response to Petitioner's Amended Petition (ECF No. 28)**<br><br>**(First Request)** |

Federal Respondents and Petitioner, by and through their respective undersigned counsel, hereby submit this Stipulation for an extension of time up to and including July 22, 2026, for Federal Respondents to file a response to Petitioner's Amended Petition pursuant to Court Order (ECF No. 29), extending the deadline from July 20, 2026, to July 22, 2026. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to Petitioner's Amended

/ / /

/ / /

Petition from July 20, 2026, to July 22, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 20th day of July 2026.

Rene L. Valladares
Federal Public Defender

*/s/Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
Ryan_Norwood@fd.org
*Attorney for Petitioner*

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

______________________________
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 21, 2026